**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHYKEETRA MALTBIA,** | * | |
| | * | |
| **Petitioner,** | * | |
| | * | **CRIMINAL NO. 19-00209-JB-B** |
| **vs.** | * | **CIVIL ACTION NO. 24-00188-JB-B** |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Respondent.** | * | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the report and recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 5, 2026 (Doc. 252) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Chykeetra Maltbia's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (Doc. 244) is **DENIED**, that this action is **DISMISSED with prejudice**, and that Petitioner Maltbia is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this 28th day of October, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE